DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**S.L.V.,** a minor, by **ANIKO VIGI**, as natural guardian and next friend
and third-party, and **ANIKO VIGI**, individually,
Appellants,

v.

**ARPAD TOTH,**
Appellee.

No. 4D18-1578

[February 13, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2017-CA-000637-XXXX-MB.

Peter J. Snyder of Peter J. Snyder, P.A., Boca Raton, for appellants.

Arpad Toth, Boca Raton, pro se.

PER CURIAM.

*Affirmed.  See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1980).

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***